Lessing Rosenthal et al., as Surviving Partners of the Firm and Copartnership of Rosenthal, Hamill and Wormser, Appellees, v. Paul C. Loeber, Appellant.

Gen. No. 41,026. (Abstract of Decision.)

Heard in second division, first district, this court at October term, 1939; opinion filed May 28, 1940. Harold O. Mulks, for

appellant; Herman L. Ellsworth, for appellees.  Opinion by JUSTICE FRIEND.  ''Not to be published in full.''